

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-18-00060-CV

**IN RE ALLSTATE VEHICLE AND PROPERTY INSURANCE CO.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Irene Rios, Justice

On February 2, 2018, relator filed a petition for writ of mandamus and a motion for stay pending mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than February 20, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. Paragraph 2 of the trial court's January 19, 2018 "Order on Plaintiff's Motion to Compel" overruling "Defendant's objection(s) to Plaintiff's First Request for Production, production number 1, and compel[ling] Defendant to fully respond within 14 days" and Paragraph 13 of the trial court's January 19, 2018 "Order on Plaintiff's Motion to Compel" overruling "Defendant's objection(s) to Plaintiff's First Set of Interrogatories, interrogatory number 17, and compel[ling] Defendant to fully respond within 14 days" are stayed pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on February 2, 2018.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2017CV04875, styled *Brian A. Jones v. Allstate Insurance Co.*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.